Approved.
/s/ *Benita Y. Pearson* on 5/12/2015
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AIM LEASING COMPANY<br>  dba AIM NATIONALEASE, et al. | ) <br> ) <br> ) | CASE NO.: 4:14-CV-02161 |
| Plaintiffs | ) <br> ) | JUDGE: BENITA Y. PEARSON |
| v. | ) <br> ) | NOTICE OF VOLUNTARY <br> DISMISSAL WITHOUT PREJUDICE OF |
| RLI CORP., et al | ) <br> ) | HARBOR AMERICA EAST, INC. |
| Defendants | ) | |

Plaintiffs hereby provide notice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), of the voluntary dismissal without prejudice of claims against Harbor America East, Inc. only. Plaintiffs' claims against all other defendants shall remain pending and are not intended to be affected by this dismissal.

Respectfully Submitted,

 /s/ *Richard G. Witkowski*
RICHARD G. WITKOWSKI (0009839)
NICHOLAS J. DERTOUZOS (0071018)
Attorneys for Plaintiffs
NICOLA, GUDBRANSON & COOPER, LLC
25 West Prospect Avenue
1400 Republic Building
Cleveland, OH  44115- 1048
Phone: (216) 621-7227
Fax:   (216) 621-3999
Email: witkowski@nicola.com
       dertouzos@nicola.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 5th, 2015, a copy of foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Richard G. Witkowski
RICHARD G. WITKOWSKI (0009839)
One of the Attorneys for Plaintiffs