PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AIM LEASING COMPANY, *et al.*, ) | |
| ) | CASE NO. 4:14CV02161 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| RLI CORP., *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** [Resolving ECF No. 70] |

 Pending before the Court is Defendant Harbor America East, Inc.'s ("HAE") unopposed motion to dismiss without prejudice its third-party complaint against RJL Insurance Services, Inc. and Richard J. Leibfried (ECF No. 26), and to be dismissed from any further involvement in this matter.  ECF No. 70.  Prior to the filing of this motion, Plaintiffs voluntarily dismissed their claims against HAE without prejudice.  ECF No. 42.  Plaintiffs then filed an amended complaint. ECF No. 54.  Each Defendant filed an answer to the amended complaint.  ECF Nos. 56, 57, 58, and 59.  Neither the amended complaint nor any of the answers assert a cause of action against HAE.  Therefore, HAE's only involvement in this matter is through its own third-party complaint, which it now seeks to dismiss.

 For these reasons, the Motion of Defendant Harbor America East, Inc. To Dismiss Its

(4:14CV02161)

 Third-Party Complaint and For Final Dismissal (ECF No. 70) is hereby granted.

　　　　IT IS SO ORDERED.

 December 4, 2015  　　　　　　　　　　　　  /s/ Benita Y. Pearson            
Date　　　　　　　　　　　　　　　　　Benita Y. Pearson
　　　　　　　　　　　　　　　　　　　United States District Judge